**Jeffrey FRANKLIN, Petitioner–Appellant,**

**v.**

**Robert HOREL, Respondent–Appellee.**

No. 07–15428.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 26, 2007.*

Filed Nov. 30, 2007.

Jeffrey Franklin, Crescent City, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, BERZON, and TALLMAN, Circuit Judges.

MEMORANDUM **

On August 6, 2007, this court concluded that, to the extent a certificate of appealability is required in this appeal, the request for a certificate of appealability is denied. By same order, this court determined that, to the extent a certificate of appealability is unnecessary because appellant's claim arises under 42 U.S.C. § 1983, appellant shall show cause as to why the district court's December 20, 2006, judgment should not be summarily affirmed.

A review of appellant's response to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.